**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JENNIFER MCCAMBRIDGE,                                    CASE NO.:  8:16-cv-01120-EAK-MAP

     Plaintiff,
vs.

COMENITY CAPITAL BANK,

     Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

     **COMES NOW**, Plaintiff, JENNIFER MCCAMBRIDGE, by and through her undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff, JENNIFER MCCAMBRIDGE, and Defendant, COMENITY CAPITAL BANK, have come to an amicable settlement agreement.

Date: **November 22, 2016**

     **BOSS LAW**

     /s/ Christopher W. Boss
     Christopher W. Boss, Esq.
     FL Bar No.: 13183
     Service Email: CPservice@protectyourfuture.com
     9887 4th Street N., Suite 202
     St. Petersburg, FL 33702
     Phone: (727) 471-0039
     Fax: (888) 503-2182

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 22nd day of November, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission

1

of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Christopher W. Boss<br>
Christopher W. Boss (FBN 0013183)